FILED
APR 17 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Dakota Steven Proctor       3550075

*(Enter above the full name of the plaintiff*       *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    **CIVIL ACTION NO.** 2:19-cv-00287
                              *(Number to be assigned by Court)*

Deputy Sheriff Bourchers
Kanawha County Sheriff
Brent Bourchers

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

**I.   Previous Lawsuits**

  A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____     No __X__

1

B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _Southern_ _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** South Central Regional Jail

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

   C. If you answer is YES:

   1. What steps did you take? I filed a grievance and was told to file this

   2. What was the result? the sent me a 1983 packet

   D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Dakota Steven Proctor
      Address: 1001 Centre Way Charleston W.V 25309

   B. Additional Plaintiff(s) and Address(es): 3596 Springfield Dr. Charleston W.V. 25306

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

is employed as: Deputy Sheriff

at Kanawha County Sheriff

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While being booked in South Central regional Dept Bourcher was telling inmates I was a Informant and a rat. Admin. Leonard had to speak up and say something to him. I've been beat up several times since then over what the Deputy was telling people!

**IV. Statement of Claim (continued):**

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Sheriff office should train and employ better and respectful People, with self control. I have to live in fear and I dont want future People/inmates to have to dill with such issues.

V. **Relief (continued)):**

_____

_____

_____

_____

_____

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        Carry law office, Mr. Carry.

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _X_      No ____

If so, state the name(s) and address(es) of each lawyer contacted:

PO Box 968 Charleston W.V 25324

If not, state your reasons: _____

_____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____      No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-11-19 _____.
            (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7